## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY NAZZARO, MICHAEL APICELLO, ERIC PIKE, BRIAN MOSEY, DANELLA CLAYTOR, and DANIEL MUHLBAUER, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> TECTA AMERICA CORP., <br><br> Defendant. | Case No. 1:25-cv-00448 |

## SECOND JOINT STATUS REPORT AND MOTION TO EXTEND STAY

The Parties hereby notify the Court that since the Parties' prior status report of March 25, 2026 (D.E. 34) settlement discussions have continued but the Parties have not yet reached agreement. Accordingly, to preserve party and judicial resources, the Parties request a brief extension of the stay of this case so that they can continue discussing resolution of this litigation.

The Parties request that the Court extend the stay of this case through May 13, 2026 so that the Parties can focus their resources on discussing resolution of this case. The Parties will file a status report and, if appropriate, proposed next steps no later than May 13, 2026.

Dated: April 22, 2026

/s/ Gary M. Klinger
Gary M. Klinger
MILBERG, PLLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: 866.252.0878
Email: gklinger@milberg.com

*Counsel for Plaintiffs and the Putative Class*

Respectfully submitted,

/s/ Jennifer W. Torrez
Jennifer W. Torrez
McDonald Hopkins LLC
300 North LaSalle Drive, Suite 1400
Chicago, IL 60654
T: 312.280.0111
jtorrez@mcdonaldhopkins.com

Timothy J. Lowe (pro hac vice forthcoming)

1

McDonald Hopkins PLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, MI 48304
T: 248.220.1359
tlowe@mcdonaldhopkins.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2026, I electronically filed the foregoing document(s) using

the CM/ECF system, which will notify all counsel of record.


*/s/ Gary M. Klinger*
Gary M. Klinger

2